FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Dec 06 2023

**KEVIN P. WEIMER**, Clerk

By: s/Kari Butler
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHERMAN DORSEY, | : | PRISONER CIVIL RIGHTS |
|    Plaintiff pro se, | : | 28 U.S.C. § 1331 |
| | : | |
| v. | : | |
| | : | |
| SOUTH FLORIDA EVALUATION | : | |
| AND TREATMENT CENTER | : | |
| TREATMENT TEAM AND | : | |
| WELLPATH, | : | CIVIL ACTION NO. |
|    Defendant. | : | 1:23-CV-5426-SEG-WEJ |

## **ORDER**

Plaintiff pro se, Sherman Dorsey, is confined in the South Florida Evaluation and Treatment Center in Florida City, Florida. He submitted a document which the Court construes as a civil rights Complaint pursuant to 28 U.S.C. § 1331 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). (Compl. [1].) The construed Complaint concerns plaintiff's current facility.

A civil action must be filed where (1) the defendant resides, or (2) "a substantial part of the events or omissions giving rise to the claim[s] occurred . . . ." 28 U.S.C. § 1391(b). A court "shall dismiss, or if it be in the interest of justice,

transfer" an action filed in the wrong division or district to the proper one. <u>Id.</u> § 1406(a).

In the present case, a substantial part of the events or omissions giving rise to plaintiff's claims occurred at his current facility, which is within the jurisdiction of the United States District Court for the Southern District of Florida, Miami Division. Because plaintiff is proceeding <u>pro se</u>, the Court finds that it is in the interest of justice to transfer, rather than dismiss, this action.

Accordingly, the Court **TRANSFERS** this action to the United States District Court for the Southern District of Florida, Miami Division, for further proceedings.

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**SO ORDERED**, this 6th day of December, 2023.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE