# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:23−cv−05426−SEG−WEJ

Dorsey v. South Florida Evaluation and Treatment Center Treatment Team and Wellpath
Assigned to: Judge Sarah E. Geraghty
Referred to: Magistrate Judge Walter E. Johnson
Cause: 28:1331 Federal Prisoner Civil Rights

Date Filed: 11/27/2023
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Sherman Dorsey**
*South Florida Evaluation and Treatment Center, Patient #7080650*

represented by  **Sherman Dorsey**
7080650
South Florida Evaluation and Treatment Center
Key West; Bunk: 255
18680 S.W. 376 Street
Florida City, FL 33034
PRO SE

V.

**Defendant**

**South Florida Evaluation and Treatment Center Treatment Team and Wellpath**
*(Medical Health Technichan)*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/27/2023 | Ï 1 | COMPLAINT filed by Sherman Dorsey. (Attachments: # 1 Civil Cover Sheet)(dnb) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 11/29/2023) |
| 11/29/2023 | Ï | Submission of 1 Complaint for IFP and frivolity determination to Magistrate Judge Walter E. Johnson. (dnb) (Entered: 11/29/2023) |
| 12/06/2023 | Ï 2 | ORDER: The Court TRANSFERS this action to the United States District Court for the Southern District of Florida, Miami Division, for further proceedings. The Clerk is DIRECTED to terminate the referral to the undersigned. Signed by Magistrate Judge Walter E. Johnson on 12/6/2023. (ane) (Entered: 12/06/2023) |
| 12/06/2023 | Ï | Clerk's Certificate of Mailing as to Sherman Dorsey re 2 Order. (ane) (Entered: 12/06/2023) |